Exhibit A to the Complaint

**Location:** San Mateo, CA
**Total Works Infringed:** 94

**IP Address:** 76.102.26.213
**ISP:** Comcast Cable

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | B6797CA3FE76E4AD617934671DB61FED7364F045 | 11/23/2019 05:33:50 | Blacked | 03/21/2017 | 06/05/2017 | PA0002052855 |
| 2 | 57C749C3F7E863C2AB673128381CE73FF7DA624C | 11/09/2019 06:58:26 | Tushy | 09/08/2017 | 09/15/2017 | PA0002052841 |
| 3 | 6BCB8F8D7B602B1C50E019778359223564A3E319 | 10/31/2019 05:18:30 | Blacked | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 4 | 3C1FB97E2D020E1C275B7143A2534BBB98403B83 | 10/18/2019 04:25:51 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 5 | C7E6AC66B440F29BD91D6F3F59B7B1634CFCC090 | 10/18/2019 03:31:32 | Blacked Raw | 02/01/2018 | 02/20/2018 | PA0002104206 |
| 6 | 5669FCB07EFCE3524F6AB3FF19BFC2B694B3DA04 | 10/17/2019 03:06:29 | Vixen | 09/06/2019 | 09/13/2019 | PA0002200698 |
| 7 | 58B620D054F1DD330EA3DF23B73E16B9C9B0F9CC | 10/09/2019 05:22:18 | Blacked | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 8 | 4836D01BFDF178CB5DCCE88D23E4B37E46856C16 | 10/09/2019 05:12:17 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 9 | 8FCF819A87A7F513901CA8BD0E190A55EC6923B0 | 10/09/2019 05:07:51 | Blacked Raw | 09/04/2019 | 09/13/2019 | PA0002200700 |
| 10 | E452D23913E053866E31D6D6F92DE54C310DA003 | 10/06/2019 07:16:52 | Blacked Raw | 01/22/2019 | 03/24/2019 | PA0002183202 |
| 11 | AA9D6ED52E9FECEA19124A8F7FE433617F801994 | 10/06/2019 07:10:56 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 12 | FD895BB88B022C819542264A784ED868E901775C | 09/28/2019 07:25:39 | Blacked Raw | 05/27/2018 | 07/14/2018 | PA0002130451 |
| 13 | 16AC4AD446A052B09FD6D748CF4EA3F040E62535 | 09/28/2019 07:09:14 | Blacked Raw | 08/25/2019 | 09/11/2019 | PA0002199991 |
| 14 | 97E2F6DF9679ED4984E31A9711E8CD66632A2709 | 09/07/2019 09:05:09 | Tushy | 06/20/2018 | 08/07/2018 | PA0002132405 |
| 15 | 0060A39B039A94D8F422D342E90D21877EBDE4EE | 08/30/2019 04:10:21 | Vixen | 07/23/2019 | 08/27/2019 | PA0002213247 |
| 16 | 94A9D2E22A9B4ACF81A5EC69EE4DCA10983CAF23 | 08/25/2019 08:36:38 | Blacked Raw | 08/20/2019 | 09/13/2019 | PA0002200701 |
| 17 | BF778F4831FAAF84266E63EC49402955BE697C3B | 08/21/2019 04:07:50 | Blacked | 06/24/2018 | 07/26/2018 | PA0002112154 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | ADF50A6DE2E7454F76B751B1FBD90C4723C1FCB4 | 08/20/2019 05:08:45 | Vixen | 07/18/2019 | 09/10/2019 | PA0002199410 |
| 19 | 419D9AF6C7FECA8DDB026C79F94A942C3511834E | 08/17/2019 08:36:06 | Blacked | 07/09/2018 | 08/07/2018 | PA0002131818 |
| 20 | 34678DD56798B4D7A2D5F10E08E08E50BB6B402B | 08/08/2019 05:33:41 | Blacked | 07/09/2019 | 09/10/2019 | PA0002199416 |
| 21 | 662C42833DF0727F4B96196F88475B615B2F0D2B | 08/08/2019 05:14:52 | Blacked Raw | 07/31/2019 | 08/22/2019 | PA0002195511 |
| 22 | 5800FA473DE725857C92609145438E2160D56E7D | 08/08/2019 04:45:12 | Blacked | 04/05/2018 | 04/17/2018 | PA0002116752 |
| 23 | 76873ADE9F65E039011301459066C0C8F7EB02BD | 08/08/2019 04:44:46 | Blacked Raw | 03/08/2018 | 04/17/2018 | PA0002116094 |
| 24 | C9EFFA8C8E451280F913D79DFFD4B0028B048C45 | 08/03/2019 06:12:08 | Tushy | 06/30/2019 | 07/17/2019 | PA0002188300 |
| 25 | 332A88A8D44538EB546AFA6E5B3BE4A261A5DB25 | 08/03/2019 05:52:56 | Blacked | 07/04/2019 | 08/27/2019 | PA0002213242 |
| 26 | B588383C4247B03D73A45231110BDCF8A47328D0 | 08/03/2019 05:50:56 | Blacked | 06/09/2018 | 07/14/2018 | PA0002130453 |
| 27 | 0521AE879983F71A0028686B301BDBF4EE2E85CF | 08/03/2019 05:48:31 | Blacked Raw | 07/06/2019 | 08/02/2019 | PA0002192304 |
| 28 | A39E05D1A9CF77DB70D85BABAE6758EC629588BD | 08/03/2019 05:47:58 | Blacked Raw | 01/17/2018 | 01/24/2018 | PA0002101760 |
| 29 | 82D13AEEFB836713B50BBB73DE7544402699B69D | 07/27/2019 07:29:03 | Tushy | 05/16/2018 | 06/19/2018 | PA0002126446 |
| 30 | E64AA01032F01CD8F966922E6CDB326661A57A65 | 07/27/2019 07:26:35 | Tushy | 04/26/2018 | 06/19/2018 | PA0002126639 |
| 31 | 8D5DBB9A7EC9E315D5AC539C1F68AE62F12082DD | 07/27/2019 07:12:56 | Vixen | 08/17/2018 | 09/01/2018 | PA0002119582 |
| 32 | 2F6086C4B5FE77D393188FEC3878C64DA7731F1D | 07/27/2019 07:09:34 | Blacked Raw | 07/01/2019 | 07/17/2019 | PA0002188302 |
| 33 | 2B464FBE3DAD233DBF85C54D36CF7D0612681278 | 07/17/2019 03:29:32 | Blacked Raw | 06/16/2019 | 07/17/2019 | PA0002188314 |
| 34 | 017649E91BC92412E1DCB37AEBD102CF6847695D | 07/16/2019 04:13:14 | Vixen | 06/13/2019 | 08/02/2019 | PA0002192295 |
| 35 | 843A093C46F8B4C56E3E7E501A1D4DDD6179EB65 | 07/12/2019 04:32:41 | Blacked Raw | 11/03/2017 | 12/04/2017 | PA0002098024 |
| 36 | 66B86AE1A379F6A39B06FD44418D0900DC396466 | 07/09/2019 04:03:07 | Blacked | 04/25/2018 | 06/19/2018 | PA0002126642 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | 42EC31C5E6E59EB78795A5AD16CFAFCE52FCE3F2 | 07/09/2019 04:01:46 | Blacked Raw | 04/07/2018 | 06/19/2018 | PA0002126641 |
| 38 | 2680FB0C40A364CCAC2CB7C2D1B28A23D9F08529 | 07/04/2019 02:50:59 | Blacked Raw | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 39 | 97A16E9EF52FE50122206E5AF4D73B1062A47DF2 | 07/03/2019 05:49:55 | Blacked Raw | 06/01/2019 | 07/17/2019 | PA0002188304 |
| 40 | 8CC37D1BA2772EC99FBE5BD0DFBD9C3330B44D1F | 07/03/2019 05:49:43 | Blacked | 04/15/2018 | 05/23/2018 | PA0002101306 |
| 41 | 61FC184B990D65209E2761C8C41611D5C32E6583 | 06/22/2019 05:21:00 | Tushy | 08/04/2018 | 09/01/2018 | PA0002119573 |
| 42 | B006F435870CE4A0E79D0CA878B0AD9E88B2BE0E | 06/22/2019 05:02:35 | Tushy | 05/16/2019 | 07/05/2019 | PA0002206381 |
| 43 | 6B99D7888151D0DF63F02064FA56A21363DA8C96 | 06/17/2019 05:09:25 | Blacked | 06/14/2019 | 07/17/2019 | PA0002188312 |
| 44 | 71697D2D146DE88AA6F9E77A92A597D3542072CE | 06/15/2019 04:56:45 | Blacked Raw | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 45 | 8B54C14E2EF7C8A395F9FC5ACFD1423EAC99A08C | 06/15/2019 04:56:12 | Blacked | 05/10/2019 | 07/05/2019 | PA0002206368 |
| 46 | FDEC138895D92D862CCCF78415FE78557032579D | 06/15/2019 04:55:54 | Blacked Raw | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 47 | 4D41E8E2DF13ED138CC481CE30E7DA89EC233346 | 06/15/2019 04:54:40 | Blacked | 06/04/2018 | 07/09/2018 | PA0002109329 |
| 48 | EDC0647CD94804E5723FB8D3EF1C8DB034D1D4C0 | 06/09/2019 16:48:10 | Tushy | 08/19/2018 | 09/05/2018 | PA0002134998 |
| 49 | 715B6E7E30B6344599508CB7AE3C9EFE0EC1F07B | 06/09/2019 16:44:13 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 50 | 93B2E9DCB94EE7DBA13CFDB65B3A8EBBC77BD566 | 06/06/2019 06:13:01 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 51 | 3DCC2849A8A2901557D41FBD9667293ECCDE6934 | 06/06/2019 04:32:25 | Blacked | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 52 | 65D2DED61DFC35D6BD6C918D629230F68EE9EA93 | 05/31/2019 04:27:43 | Blacked | 04/30/2019 | 06/03/2019 | PA0002178774 |
| 53 | F4FD4534440D56A3168BE652FC891C2544B2AFD5 | 05/31/2019 03:23:10 | Blacked Raw | 08/25/2018 | 10/16/2018 | PA0002127783 |
| 54 | 353C6E842FC999E1F1DAD837257C602BB1BE1199 | 05/25/2019 14:45:01 | Blacked | 04/20/2019 | 05/28/2019 | PA0002200782 |
| 55 | EFDB886D8D69B8D7CC31153066C52424FA716283 | 05/25/2019 08:09:34 | Vixen | 06/23/2018 | 07/26/2018 | PA0002112155 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 56 | C340030059AF08957371330E339FB3AA67E8FFDB | 05/18/2019 18:46:28 | Blacked Raw | 05/17/2019 | 07/05/2019 | PA0002206002 |
| 57 | 81E32FDEE6E6B265E5463E436EA6148B0B7515C9 | 05/16/2019 03:22:35 | Blacked Raw | 07/21/2018 | 09/01/2018 | PA0002119592 |
| 58 | FE175BF64233D68D3E31533045805B0CD6E848B8 | 05/13/2019 05:11:11 | Tushy | 03/07/2019 | 03/31/2019 | PA0002163981 |
| 59 | A72E87AEB0C05CF2D319AE73318EC6DAFF4687DD | 05/11/2019 05:48:26 | Blacked Raw | 05/02/2019 | 05/28/2019 | PA0002200769 |
| 60 | C67CEBFB35714146396FF2583118CA8B68E56015 | 05/11/2019 05:45:40 | Blacked Raw | 05/07/2019 | 06/03/2019 | PA0002178775 |
| 61 | 81E09376DDB4DBE7806032952C003C92FD898CD4 | 05/11/2019 05:38:20 | Blacked | 12/11/2018 | 01/22/2019 | PA0002147907 |
| 62 | 4AFF706B5C0C94DA91470B5DD69D0CFED187A008 | 05/09/2019 05:17:59 | Blacked | 05/15/2018 | 06/19/2018 | PA0002126654 |
| 63 | EF39BF11FFFC32BF02A32895CF3B5047B4595095 | 05/06/2019 04:08:06 | Tushy | 04/16/2018 | 06/18/2018 | PA0002126681 |
| 64 | 4F3CB060691A97BC910069CE225246E3E4FE8CC7 | 05/04/2019 06:00:24 | Vixen | 02/28/2019 | 03/31/2019 | PA0002163973 |
| 65 | FE6BC050CAD9396E924FF4BA9BB3B939D2D0443C | 05/04/2019 05:12:00 | Vixen | 03/30/2019 | 04/29/2019 | PA0002169943 |
| 66 | CF575E408E7E5D91F69274226EF7A3B3B1F5B34F | 05/02/2019 06:08:24 | Blacked Raw | 04/02/2019 | 05/28/2019 | PA0002200780 |
| 67 | 0E14D71C332E3DB793377DE0009F167325A8B5E8 | 04/27/2019 04:32:20 | Blacked | 04/15/2019 | 05/11/2019 | PA0002173886 |
| 68 | 6143A4620E799394531F00F73E2EB89F2112CAD0 | 04/27/2019 04:27:32 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 69 | 4882683251F752D26718AC59137FD7BCAFB642D2 | 04/27/2019 03:55:48 | Blacked | 08/23/2018 | 11/01/2018 | PA0002143434 |
| 70 | E5D8277D086274AC217989121955C5C8444C4002 | 04/27/2019 03:55:09 | Blacked Raw | 03/28/2019 | 05/28/2019 | PA0002200777 |
| 71 | CC22B4E21EE0F5326F4A2796CE3BE704BB58F919 | 04/27/2019 03:53:41 | Blacked | 03/31/2019 | 05/28/2019 | PA0002200773 |
| 72 | E47F7E84F87E64C06D374DF29F4C7B38ABCEA6DA | 04/26/2019 06:36:03 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 73 | 5435598D03DB140F34A8A66143BD3C24B9229AD9 | 04/21/2019 16:26:22 | Blacked | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 74 | 626F0200089D04470AA3A8268218B6DEDC75F2F2 | 04/21/2019 05:00:52 | Vixen | 11/20/2018 | 12/18/2018 | PA0002141925 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 75 | 87890A2C2256C861EAB94C85D3DB7561013D43E6 | 04/18/2019 04:55:26 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 76 | 8330D39E301E673559799FBA5748217618228B9F | 04/18/2019 04:53:33 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 77 | D976FC56E3DD86163DF8E56F831D2FE423FFD871 | 04/03/2019 04:27:02 | Blacked | 03/26/2019 | 04/16/2019 | PA0002187002 |
| 78 | 34783BA37FD790ECC1242D7ADC429D95142095DE | 04/03/2019 04:23:31 | Blacked Raw | 03/18/2019 | 04/08/2019 | PA0002164883 |
| 79 | 79939936AA65D40616FF4B0FCD5415B74C2C6C79 | 04/02/2019 05:42:45 | Blacked | 02/04/2019 | 03/24/2019 | PA0002183208 |
| 80 | DB2528A6795C8987B76D14F15FE22AB482DD8FC7 | 03/03/2019 06:49:21 | Blacked Raw | 02/21/2019 | 04/29/2019 | PA0002170356 |
| 81 | E9C2B7B237722F2D0C549C0AE0A5E5E62C066432 | 01/28/2019 03:46:11 | Tushy | 12/12/2018 | 01/22/2019 | PA0002147902 |
| 82 | 0C6250AA42BEA42298B7CC81D729B306E7C9DA99 | 01/28/2019 03:44:10 | Vixen | 12/10/2018 | 01/22/2019 | PA0002149491 |
| 83 | 6FA63FB56F303FEB9C63903A45C3FC42EAABBACB | 01/28/2019 03:44:06 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 84 | 245BA267DA376101FB938D4952C9A96634CCF445 | 01/19/2019 08:05:02 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 85 | 360CF572729CEB5E07FB70C3474B63D47FE52E02 | 12/30/2018 18:29:49 | Vixen | 11/25/2017 | 01/04/2018 | PA0002097450 |
| 86 | 55013B7D1DFC88C02CE9275E239C51576ECBBA21 | 12/30/2018 17:23:46 | Tushy | 02/05/2018 | 02/20/2018 | PA0002104194 |
| 87 | 06A0AA871C38B22364679C407392C4C580DAB699 | 12/30/2018 17:19:57 | Vixen | 05/19/2018 | 07/14/2018 | PA0002128156 |
| 88 | 0D29DDC1E78ACEBDD8EB5D2E7B35701829FECFCC | 12/19/2018 04:40:56 | Tushy | 11/12/2018 | 12/10/2018 | PA0002145826 |
| 89 | 7B364338CD90FC951B3F536B186EBA30DE4246FC | 12/17/2018 04:41:38 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 90 | A79E1BEA716422681872B46A4AC579C82B92D143 | 12/17/2018 04:39:19 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 91 | 1033E650C7CD1F17943A64DB30C19104B0DC872F | 12/17/2018 04:38:57 | Blacked Raw | 12/03/2018 | 01/22/2019 | PA0002149845 |
| 92 | ECFEC3C1CEA5BACDED5052AB2E57DEAAD83FFF39 | 12/16/2018 17:43:34 | Blacked Raw | 12/13/2018 | 02/02/2019 | PA0002154971 |
| 93 | 4888092F433CFF88C1460E4362E261CDF77A88DF | 12/08/2018 19:23:56 | Vixen | 11/15/2018 | 12/10/2018 | PA0002145829 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 94 | 6CA0412F00E59D795DC36C34E223AAE9998B767C | 12/02/2018 09:00:27 | Tushy | 07/15/2018 | 08/07/2018 | PA0002132406 |