UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.102.26.213,<br><br>　　　　Defendant. | Case No.  19-cv-08239-VKD<br><br>**ORDER STRIKING WITHOUT PREJUDICE DEFENDANT'S MOTION TO QUASH SUBPOENA**<br><br>Re: Dkt. No. 11 |

On March 1, 2020, defendant John Doe moved to quash the third-party subpoena the Court permitted plaintiff Strike 3 Holdings, LLC ("Strike 3") to serve prior to the Rule 26(f) conference. Dkt. Nos. 11, 9. Mr. Doe's motion fails to comply with the Civil Local Rules in multiple respects, including but not limited to exceeding the 25-page limit for a combined notice of motion and motion, and noticing the motion for hearing in fewer than 35 days after the filing of the motion. Civ. L.R. 7-2. Accordingly, the Court strikes Mr. Doe's motion without prejudice.

The hearing scheduled for March 31, 2020 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: March 2, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_Virginia K. DeMarchi_
　　　　　　　　　　　　　　　　　　　　　　　　VIRGINIA K. DEMARCHI
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge