Steven C. Vondran, [SBN 232337]
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone: (877) 276-5084
Facsimile: (888) 551-2252
E-mail:  steve@vondranlegal.com

*Attorneys for Defendant identified as IP Subscriber 76.102.26.213*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC.<br><br>Plaintiff,<br><br>Vs.<br><br>JOHN DOE subscriber assigned IP address 76.102.26.213<br><br>Defendant. | Case No. 5:19-cv-08239-VKD<br><br>Honorable Judge: Virgina DeMarchi<br><br>**[PROPOSED] ORDER**<br><br>*[Memorandum of points and authorities, and declaration or counsel filed concurrently]*<br><br>Hearing<br>Date:  April 14, 2020<br>Time: 10:00 AM<br>Courtroom: 2 |

**<u>ORDER</u>**

The motion of defendant to quash the subpoena and dismiss the complaint with prejudice came on regularly for hearing on_____. Plaintiffs were represented by _____. Defendants were represented by _____. The Court having considered the papers filed by the parties, having heard argument and being fully advised, and good cause appearing therefor, it is ORDERED that the motion be, and the same hereby is GRANTED without further leave to amend; the subpoena is QUASHED and it is further ORDERED, ADJUDGED and DECREED that this action be, and the same hereby is, DISMISSED WITH PREJUDICE.

Alternatively, the Court ORDERS a protective Order be entered preventing Plaintiff from providing any personally identifying information about Defendant to the Court or any third party, except under seal.

IT IS ORDERED

Dated:

_____
United States District Judge

2
[PROPOSED] ORDER