Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorney for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br>           Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 76.102.26.213, <br><br>           Defendant. | Case Number: 5:19-cv-08239-VKD <br><br> Honorable Virginia K. DeMarchi <br><br> **PLAINTIFF'S NOTICE OF INTENT TO APPEAR BY TELEPHONE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　PLEASE TAKE NOTICE that counsel for Plaintiff Strike 3 Holding, LLC ("Plaintiff") intends to appear telephonically at the Scheduling Conference that is to take place in this matter on March 24, 2020 at 1:30 p.m. Pursuant to this Court's Order (Dkt. #22), Plaintiff's counsel will arrange for this appearance via CourtCall.

1

Dated: March 11, 2020

Respectfully submitted,

By: /s/ *Lincoln D. Bandlow*
Lincoln D. Bandlow, Esq.
**Law Offices of Lincoln Bandlow, PC**
*Attorney for Plaintiff*
*Strike 3 Holdings, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2020, I caused to be electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Lincoln D. Bandlow*
Lincoln D. Bandlow, Esq.