Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorneys for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 5:19-cv-08239-VKD |
| Plaintiff, | Judge Virginia K. DeMarchi |
| vs. | **PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.102.26.213** |
| JOHN DOE, subscriber assigned IP address 76.102.26.213, | |
| Defendant. | |

**PLEASE TAKE NOTICE,** Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), has settled this matter with Defendant, John Doe, subscriber assigned IP address 76.102.26.213 ("Defendant") through his counsel, Steven C. Vondran, Esq. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations (which Plaintiff anticipates will be completed within three weeks), Plaintiff will dismiss Defendant from this action with prejudice.

Dated:  May 14, 2020

Respectfully submitted,

By: /s/ *Lincoln D. Bandlow*
Lincoln D. Bandlow, Esq.
**Law Offices of Lincoln Bandlow, P.C.**
Attorney for Plaintiff
Strike 3 Holdings, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Lincoln D. Bandlow*
Lincoln D. Bandlow